October 31, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM AND HOPE DADZIE, Appellants

NO. 14-13-00625-CV                              V.

WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE
HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-
WMC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-
WMC3, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 28, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, William and Hope Dadzie, jointly and severally.

We further order this decision certified below for observance.